**2009-2317. Scott v. Welch.**
In Habeas Corpus. On petition for writ of habeas corpus of Raymend Scott. Sua sponte, cause dismissed.
Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, and Cupp, JJ., concur. Lanzinger, J., dissents and would order a return on the writ.

**2009-2340. Martin v. Kelly.**
In Habeas Corpus. On petition for writ of habeas corpus of Druce Martin. Sua sponte, cause dismissed.
Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2009-2349. State ex rel. Vaughn v. Cubbon.**
In Prohibition. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2009-2060. In re Application of Ormet Primary Aluminum Corp.**
Public Utilities Commission, No. 09–119–EL–AEC. On motion for admission pro hac vice of Clinton A. Vance, Douglas G. Bonner, Daniel D. Barnowski, and Emma F. Hand by Keith C. Nusbaum. Motion granted.

**2009-2166. State ex rel. Steffen v. Court of Appeals, First Appellate Dist.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration thereof,
It is ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6.
The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

**2009-2274. State v. Tackett.**
Scioto App. No. 06CA3103, 2007-Ohio-6620. On motion for leave to file delayed appeal. Motion denied.

**2009-2286. State v. Jordan.**
Cuyahoga App. No. 91413, 2009-Ohio-4037. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, J., dissents.

**2009-2287. State ex rel. Layshock v. Moorehead.**
Trumbull App. No. 2009–T–0076, 2009-Ohio-6039. On motion for stay of court of appeals' judgment. Motion denied.

**2009-2289. State v. Brown.**
Cuyahoga App. No. 90379, 2008-Ohio-3665. On motion for leave to file delayed appeal. Motion denied. Motion for transcript at state's expense denied as moot.

**2009-2299. State v. Cook.**
Lucas App. No. L–08–1301, 2009-Ohio-4917. On motion for leave to file delayed appeal. Motion granted.
Pfeifer, O'Connor, and Lanzinger, JJ., dissent.